

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2019

No. 04-18-00834-CV

**IN THE INTEREST OF T.R.H., A CHILD,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-20578
Honorable Laura Salinas, Judge Presiding

## O R D E R

The clerk's record was due January 28, 2019, but was not filed. On January 29, 2019, the clerk filed a notification of late record, stating the clerk's record was not filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee.

We therefore **ORDER** appellant to provide written proof to this court on or before **February 14, 2019** that either: (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1, 35.3(a). If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court